PFE/MAR: February 2023
GJ#9

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.:** |
| ) | |
| **EUGENIO DANILO HERNANDEZ-FIGUEROA** ) | |

### INDICTMENT

**COUNT ONE:** **[18 U.S.C. § 922(o)(1)]**

The Grand Jury charges that:

On or about the 4th day of January 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**EUGENIO DANILO HERNANDEZ-FIGUEROA,**

did knowingly possess a machinegun, that is, a Glock 9mm pistol modified by the replacement of the slide cover with a machinegun conversion device designed to enable automatic fire, in violation of Title 18, United States Code, Section 922(o).

## NOTICE OF FORFEITURE
[18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

1. The allegations contained in Count One this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count One of this Indictment, in violation of 18 U.S.C. §§ 922(o)(1), the defendant, **EUGENIO DANILO HERNANDEZ-FIGUEROA**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a Glock 9mm pistol, bearing serial number PXB562, and any parts/components for machinegun.

A TRUE BILL


/s/ Electronic Signature
FOREPERSON OF THE GRAND JURY



                                         PRIM F. ESCALONA
                                         United States Attorney


                                         /s/ Electronic Signature
                                         MICHAEL A. ROYSTER
                                         Assistant United States Attorney